**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 04-21402-CIV-HUCK/SIMONTON**
<u>**CONSENT CASE**</u>

**ALLSTATE INSURANCE COMPANY, et al.,**

      **Plaintiffs,**

**v.**

**MIKHAIL PALTEROVICH, et al.,**

      **Defendants.**

_____/

<u>**ORDER STRIKING APPENDIX**</u>

On August 8, 2007, Michael L. Macklowitz, Esq., counsel for Defendant Mikhail Palterovich, filed with the Court a copy of his letter dated August 7, 2007, and addressed to the undersigned Magistrate Judge (DE # 492), which referred to an Affirmation previously filed by attorney Macklowitz on July 27, 2007 (DE # 486).  The August 7, 2007 letter also referred to an exhibit A which was not included as an attachment.

In any case, attorney Macklowitz filed the August 7, 2007 letter in violation of Local Rule 7.7, which prohibits the filing of correspondence with the Court unless invited by or directed by the presiding Judge.  Therefore, attorney Macklowitz's August 7, 2007 letter is stricken from the record without prejudice and the letter must be filed in the form of a Supplemental Affirmation.

Therefore, for the reasons stated above, it is hereby

**ORDERED** that attorney Macklowitz's August 7, 2007 letter to the Court (DE # 492) is **STRICKEN from the record without prejudice to file a Supplemental Affirmation**.  Under the circumstances of this case, attorney Macklowitz is granted leave of Court file such a Supplemental Affirmation without the need for a further

motion.  The Supplemental Affirmation shall be filed on or before August 31, 2007.

**DONE AND ORDERED** in chambers at Miami, Florida, on August 23, 2007.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies to:**
**All counsel and *pro se* parties of record**